In the Matter of the Application of HENRY SALANT, Appellant, to Have Determined an Attorney's Lien. ABRAHAM SHEBAR et al., Respondents.

*Matter of Salant,* 158 App. Div. 697, affirmed.
(Submitted February 25, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1913, which modified and affirmed as modified an order of Special Term vacating and setting aside a satisfaction of judgment and permitting the petitioner to issue execution for the amount of his attorney's lien.

*Henry Salant* and *Henry H. Banks* for appellant.

*Charles L. Meckenberg* and *Michael M. Helfgott* for respondents.

Brief for appellant stricken from the files as scandalous. Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.